# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMMY BARTLING,<br><br>             Plaintiff,<br><br>   vs.<br><br>HEARTLAND CHILD CARE,<br><br>             Defendant. | 8:16CV263<br><br>ORDER |

The records of the court show that on August 15, 2016, counsel for the defendant Heartland Child Care was notified of his client's failure to comply with Fed. R. Civ. P. 7.1, which requires non-governmental corporate parties to file Corporate Disclosure Statements. **See** Text Entry Filing No. 8. The defendant was given fifteen days to file the required statement. As of the close of business on December 20, 2016, the defendant has not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED:**

**On or before January 11, 2017**, the defendant Heartland Child Care shall comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why such defendant cannot comply with the rules of the court.

Dated this 21st day of December, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge